UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Leah Marzougui,　　　　　　　　　　　　　　Case No.1:11cv803

　　　　Plaintiff

　　vs.

Cincinnati Children's Hospital Medical Center,  et al.

　　　　Defendants.

**ORDER**

　　On June 1, 2012, Defendants filed an Unopposed Motion to move the Trial Date. (Doc. 20).  That motion is GRANTED and the calendar is AMENDED as follows:

　　　　Proposed final pretrial order due:　　　　April 1, 2013
　　　　Final pretrial conference:　　　　　　　　April 8, 2013 @ 11:00 a.m.
　　　　Jury trial:　　　　　　　　　　　　　　　April 29 2013 @ 9:30 a.m.

　　　　　　　　　　　　　　　　　　　/s/ *Stephanie K. Bowman*
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge