UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Leah Marzougui,
    Plaintiff,

    vs                                  Civil Action No. 1:11-803

Cincinnati Children's Hospital
Medical Center, et al.                Bowman, M.J.
    Defendants.

**ORDER**

    The parties having reached an agreement to settle this litigation in the presence of the Court on November 8, 2012;

    It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within ninety (90) days, move to reopen the action if settlement is not consummated.

    The Court expressly and explicitly retains jurisdiction to enforce the settlement agreement of the parties.

    IT IS SO ORDERED.

Date:

                                    /s/ *Stephanie K. Bowman*
                                  United States Magistrate Judge